Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARV W. DURMENT, et al., | ) | CASE NO. 2:14-cv-01231 JAK-E |
|---|---|---|
| Plaintiffs, | ) | Hon. John A. Kronstadt; Courtroom 750 |
| vs. | ) | **JUDGMENT** |
| THE BURLINGTON INSURANCE COMPANY, et al., | ) | **JS-6** |
| Defendants. | ) | |

Plaintiff Marv W. Durment ("Durment") filed a Motion for Partial Summary Judgment and Defendant Endurance American Specialty Insurance Company ("Endurance") filed a Motion for Summary Judgment which were both heard on October 27, 2014 before this Court. Durment's Motion for Partial Summary Judgment was denied and Endurance's Motion for Summary Judgment was granted.

Durment then filed a Motion for Reconsideration regarding the Order on the Motion for Partial Summary Judgment and Motion for Summary Judgment which was denied.

Defendant the Burlington Insurance Company ("Burlington") filed a Motion for Summary Judgment which was granted.

Judgment is now entered in favor of Defendant Endurance and against Plaintiffs Marv W. Durment, Minadora Holdings LLC, and Jarvis Enterprises, Inc., d/b/a Orange Precision Metal Fabrication as to each and every cause of action asserted against Defendant Endurance set forth in Plaintiffs' First Amended Complaint.

Judgment is now entered in favor of Defendant Burlington and against Plaintiffs Marv W. Durment, Minadora Holdings LLC, and Jarvis Enterprises, Inc., d/b/a Orange Precision Metal Fabrication as to each and every cause of action asserted against Defendant Burlington set forth in Plaintiffs' First Amended Complaint.

An award of costs may be recovered, in an amount to be determined, following the filing of the appropriate application and the consideration of any objections.

Dated: April 8, 2015

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE