# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>MINADORA HOLDINGS, LLC; et al.,<br><br>        Defendant.<br><br>AND RELATED THIRD-PARTY CROSS-ACTIONS | Case No. 2:13-cv-05349-JAK-E (Consolidated with Case No. 2:14-cv-01231-JAK-E)<br><br>**JUDGMENT**<br><br>**JS-6** |

On September 30, 2015, judgment was entered in favor of Defendants Endurance American Specialty Insurance Company ("Endurance"), The Burlington Insurance Company ("Burlington"), and Murchison & Cumming, LLP, and against Plaintiffs Marv W. Durment, West Coast Storm, Inc., Minadora Holdings, LLC, and Jarvis Enterprises, Inc. dba Orange Precision Metal Fabrication (collectively, "Plaintiffs"), on all causes of action asserted in the First Amended Complaint. (Case No. 2:14-cv-01231, Dkt. 156.) On May 9, 2017, the Ninth Circuit Court of Appeals reversed in part the judgment on the first and second causes of action against Endurance and the first, second, and fourth causes of action against Burlington. (*Id.* at Dkt. 159.)

On May 7, 2018, Burlington filed a motion for summary judgment, or in the alternative for partial summary judgment against Plaintiffs (Case No. 2:13-cv-05349, Dkt. 111), and Plaintiffs filed motions for partial summary judgment against Burlington (*Id.* at Dkt. 109) and Endurance (*Id.* at Dkt. 116). On May 10, 2018, Endurance filed a motion for summary judgment, or in the alternative for partial summary judgment against Plaintiffs. (*Id.* at Dkt. 118). All four motions came for hearing on June 25, 2018.

On July 31, 2018, Plaintiffs' motions for partial summary judgment were denied, Endurance's motion for summary judgment was granted as to all causes of action asserted against Endurance, and Burlington's motion for summary judgment was granted as to Plaintiffs' first cause of action and denied as to Plaintiffs' second cause of action. (*Id.* at Dkt. 160.)

On August 10, 2018, Burlington moved for reconsideration of the Court's denial of its motion for summary judgment as to the second cause of action. (*Id.* at Dkt. 162.) On February 12, 2019, the Court granted Burlington's motion for reconsideration, and granted Burlington's motion for summary judgment as to Plaintiffs' second cause of action. (*Id.* at Dkt. 167.)

On February 19, 2019, the parties filed a stipulation for dismissal as to

Plaintiffs' fourth cause of action against Burlington, and as to Burlington's Complaint against Plaintiffs. (*Id.* at Dkt. 168.)

Judgment is now entered in favor of Endurance and against Plaintiffs as to each and every cause of action asserted against Endurance in Plaintiffs' First Amended Complaint.

Judgment is now entered in favor of Burlington and against Plaintiffs as to each and every cause of action asserted against Burlington in Plaintiffs' First Amended Complaint.

Endurance and Burlington shall recover their allowable costs in an amount to be determined based on an approval of the appropriate application.

IT IS SO ORDERED.

Dated: February 22, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE